IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| ALICE L. GEORGE, INDIVIDUALLY AND AS TRUSTEE FOR THE BURTON O. GEORGE REVOCABLE TRUST; <br><br> FIRST NATIONAL BANK OF NORTH ARKANSAS, CUSTODIAN OF THE ALICE GEORGE INDIVIDUAL RETIREMENT ACCOUNT F/K/A THE BURTON O. GEORGE INDIVIDUAL RETIREMENT ACCOUNT | PLAINTIFFS |
| v.   CASE NO. 13—3058—PKH | |
| ALBERT M. DAVIS, INDIVIDUALLY AND AS FOUNDER, ORGANIZER, OFFICER, DIRECTOR, MEMBER, GENERAL PARTNER, LIMITED PARTNER, AND AGENT OF SOME, IF NOT ALL, DEFENDANT ENTITIES NAMED HEREIN; <br><br> DAVID M. HERNON, INDIVIDUALLY AND AS FOUNDER, ORGANIZER, OFFICER, DIRECTOR, MEMBER, GENERAL PARTNER, LIMITED PARTNER, AND AGENT OF SOME, IF NOT ALL, DEFENDANT ENTITIES NAMED HEREIN; <br><br> SURESH REDDY, INDIVIDUALLY AND AS FOUNDER, ORGANIZER, OFFICER, DIRECTOR, MEMBER, GENERAL PARTNER, LIMITED PARTNER, AND AGENT OF SOME, IF NOT ALL, DEFENDANT ENTITIES NAMED HEREIN; <br><br> TEX WOOTERS, INDIVIDUALLY AND AS CHIEF FINANCIAL OFFICER OF CHASE MEDICAL, INC.; | DEFENDANTS |

1

DAVID TAYCE, INDIVIDUALLY AND AS
FOUNDER, ORGANIZER, OFFICER,
DIRECTOR, MEMBER, GENERAL
PARTNER, LIMITED PARTNER, AND
AGENT OF SOME, IF NOT ALL,
DEFENDANT ENTITIES NAMED HEREIN;

CMI HOLDING COMPANY, INC. F/K/A
CHASE MEDICAL, INC. AND F/K/A
AXIOM MEDICAL TECHNOLOGY, INC.;

CHASE MEDICAL, INC.;

CHASE MEDICAL TECHNOLOGIES, INC.;

CHASE MEDICAL TECHNOLOGIES, LP;

PHI HEALTH, INC. D/B/A PHI MED
PRODUCTS, INC.;

PHI HEALTH, LP;

XENOTI, INC.

iHEART, LLC;

LUX IMAGING SYSTEMS, LLC;

CARDIOM, LLC;

MENTIS, LLC A/K/A MENTIS
IMAGING, LLC;

METROPLEX IMAGING, L.P. A/K/A
iHEART CARDIAC & VASCULAR
IMAGING CENTER;

METROPLEX IMAGING, G.P., LLC;

KDL MEDICAL, INC. D/B/A CHASE
MEDICAL;

LBDS HOLDING COMPANY, LLC;

2

1208101-v1

MITTA SURESH;

VEENA ANUMALA REDDY;

DONALD HERNON;

TEASLA PARTNERS, LP;

JOHN DOE DEFENDANTS NOS. 1-25

### MOTION TO DISMISS

Pursuant to Rule 12(b)(1) and (6), and Rule 19 of the Federal Rules of Civil Procedure, defendants move to dismiss plaintiffs' first amended complaint and for grounds state:

1. On March 10, 2014, plaintiffs filed their first amended complaint. *See* ECF Doc. No. 82. Plaintiffs' first amended complaint alleges defendants have violated the Racketeer Influenced and Corrupt Organizations Act (RICO). *See id.* at ¶¶ 182–92.

2. Plaintiffs' RICO allegations, however, do not state a claim upon which relief can be granted because plaintiffs' RICO allegations consist of general, conclusory statements that do not satisfy Rule 9(b)'s particularity requirement for fraud claims. *See, e.g., Crest Const. II, Inc. v. Doe*, 660 F. 3d 346 (8th Cir. 2011).

3. Plaintiffs' RICO allegations also fail to state a claim upon which relief can be granted because such claims are predicated upon allegations of securities fraud and none of the defendants have been criminally convicted for such activity, as required by applicable statute. *See* 18 U.S.C. § 1964(c). Because plaintiffs'

3

RICO allegations should be dismissed pursuant to Rule 12(b)(6), subject-matter jurisdiction based on federal question no longer exists.

4. Plaintiffs have also failed to establish complete diversity of the parties, as noted by this Court's Order of March 7, 2014. *See* ECF Doc. Do. 79 at p. 4. Therefore, subject-matter jurisdiction based on diversity of citizenship does not exist either.

5. Plaintiffs have further failed to join an indispensable party. Plaintiffs allege that Eureka Group, LLC ("Eureka Group"), which is an Arkansas company, was formed to "unlawfully shift assets and hide assets from investors," that Eureka Group handled funds in the amount of $1,843,283.65, that payments made by Eureka Group went to many of the named defendants, and such payments form the basis for plaintiffs' claims against all of the thirteen newly added defendants. *See* First Amended Complaint (ECF Doc. No. 82) ¶¶ 68-143. In paragraph 144, plaintiffs assert that these allegedly improper payments continue to be made "through present day." Eureka Group, which was not made party to plaintiffs' first amended complaint, is implicated and intertwined throughout the pleading and it is an indispensable party. *See e.g., Division 525, Order of Ry. Conductors of America v. Gorman*, 133 F.2d 273, 276 (8th Cir. 1943).

6. Because plaintiffs have failed to establish complete diversity of the parties and have failed to state a federal claim, this Court is without subject-matter jurisdiction and plaintiffs' first amended complaint should be dismissed in its entirety pursuant to Rule 12(b)(1) and (6) of the Federal Rule of Civil Procedure.

4

Because plaintiffs have failed to join an indispensable party, the first amended complaint should be dismissed pursuant to Rule 19 of the Federal Rules of Civil Procedure.

7.    Defendants support this motion with a contemporaneously filed brief in support.

WHEREFORE, defendants respectfully request that the Court dismiss this action, along with all other just and proper relief.

        Respectfully submitted,

        WRIGHT, LINDSEY & JENNINGS LLP
        3333 Pinnacle Hills Parkway – Suite 510
        Rogers, Arkansas 72758
        (479) 986-0888
        FAX: (469) 986-8932
        E-MAIL: eberger@wlj.com
                      ccoleman@wlj.com

        By  /s/ Eric Berger
           Charles T. Coleman (80030)
           Eric Berger (2004210)
           *Attorneys for separate defendants Albert M. Davis, David M. Hernon, Suresh Reddy and David Tayce*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Russell C. Atchley
Todd Wooten
Ashley Welch Hudson
KUTAK ROCK LLP
234 East Millsap Road, Suite 400
Fayetteville, Arkansas 72703
russell.atchley@kutakrock.com
todd.wooten@kutakrock.com
ashley.hudson@kutakrock.com

Mr. Tex Wooters, Pro Se
2537 Vellano Lane
Edmond, Oklahoma 75234
Twooters1122@att.net

                                                  /s/ Eric Berger
                                                  Eric Berger

1208101-v1