IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALICE L. GEORGE, et. al.                                              PLAINTIFFS

v.                            NO. 3:13-CV-03058-PKH

ALBERT M. DAVIS, et. al.                                              DEFENDANTS

**RESPONSE TO SEPARATE DEFENDANT XENONTI, INC.'S MOTION TO DISMISS
AND FOR MORE DEFINITE STATEMENT**

COME NOW the Plaintiffs, and for their Response to the Motion to Dismiss filed by the Separate Defendant Xenonti, Inc.("Xenonti") state the following to-wit:

1. Plaintiffs deny the allegations contained in paragraph 1 of Xenonti's Motion to Dismiss.

2. Plaintiffs admit that Xenonti was a citizen of the State of Texas with its principle place of business in Texas, prior to its tax forfeiture on May 28, 2010. Plaintiffs deny all remaining allegations contained in paragraph 2 of Xenonti's Motion to Dismiss.

3. Plaintiffs deny the allegations contained in paragraph 3 of Xenonti's Motion to Dismiss.

4. Plaintiffs deny the allegations contained in paragraph 4 of Xenonti's Motion to Dismiss.

5. Plaintiffs deny the allegations contained in paragraph 5 of Xenonti's Motion to Dismiss.

6. Plaintiffs deny the allegations contained in paragraph 6 of Xenonti's Motion to Dismiss.

7. Plaintiffs admit that the impetus of their claims was a series of investment bond transactions between Albert Davis on behalf of various defendant entities, and the late Burton George, but deny that these transactions are the sole basis for their claims, as explained in detail in their Second Amended Complaint. Plaintiffs deny all remaining allegations contained in paragraph 7 of Xenonti's Motion to Dismiss.

8. Paragraph 8 contains a legal conclusion, which does not apply to plaintiffs' claims against Xenonti. To the extent the statement in paragraph 8 is a misstatement of the law, plaintiffs deny it. Plaintiffs deny all remaining allegations contained in paragraph 8 of Xenonti's Motion to Dismiss.

9. Plaintiffs deny that further amendment to their complaint is necessary, but would certainly defer to the Court and provide additional amendment if the Court deems it necessary.

10. Plaintiffs deny all other allegations contained in Xenonti's Motion to Dismiss not expressly admitted herein.

11. Plaintiffs deny Xenonti is entitled to an emergency stay in this litigation or that an amended scheduling order is necessary. As explained in more detail in the accompanying brief, Xenonti's sole director is David Hernon, who has been a defendant in this litigation since its inception. Further, Xenonti has operated as a related entity in concert with the other Chase entities (including, but not limited to CMI Holding Company, Inc., Chase Medical, Inc., Chase Medical Technologies, Inc., Phi Health, Inc. d/b/a Phi Med Products, Inc., and KDL Medical, Inc. a/k/a Chase Medical, a/k/a Cardiom Medical, Inc.). In addition, Plaintiffs have discovered that Xenonti is no longer an active corporation, since its corporate charter was revoked due to tax forfeiture. As such, its sole director, David Hernon, is personally liable for its debt, and Hernon has participated in this litigation for well over a year (including responding to subpoena duces

tecum on Xenonti's behalf). Xenonti's attempt to stay or continue this litigation at this stage is merely a ploy by defendants to stall this litigation and foreclose on plaintiffs' ability to get any relief. Xenonti will not be prejudiced by the continued orderly progression of this litigation under the current scheduling order.

12. A brief in support of Plaintiffs' response is being filed contemporaneously and is incorporated herein by reference. Plaintiffs also expressly rely upon the facts and claims made against Xenonti in their Second Amended Complaint. Plaintiffs have also attached and incorporated the following exhibits into its response:

- Ex. A, Texas Secretary of State Documents;
- Ex. B, Xenonti, Inc. Response to Subpoena Duces Tecum; and
- Ex. C, Eureka Group, LLC listing, Arkansas Secretary of State.

WHEREFORE Plaintiffs respectfully pray that Defendant's Motion to Dismiss be denied, for their costs and attorney's fees incurred herein, and for all other relief to which they may be entitled.

**KUTAK ROCK LLP**

Respectfully submitted,

BY:    */s/ Ashley Welch Hudson*   
ASHLEY HUDSON, Esq.  (AR 2007136)
**KUTAK ROCK LLP**
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201
(501) 975-3000 Telephone
(501) 975-3001 Facsimile
ashley.hudson@kutakrock.com

and

RUSSELL ATCHLEY, Esq.  (AR 82077)
KYLE T. UNSER, Esq. (AR 2007133)
**KUTAK ROCK LLP**
234 East Milsap Road, Suite 400
Fayetteville, Arkansas 72703
(479) 973-4200 Telephone
(479) 973-0007 Fax
russell.atchley@kutak.rock.com
kyle.unser@kutakrock.com

*Attorneys for Plaintiffs*
*Alice L. George, Individually*
*and as Trustee For The*
*Burton O. George Revocable Trust; And*
*First National Bank Of North Arkansas, Custodian*
*of The Alice George Individual Retirement Account*
*f/k/a The Burton O. George Individual Retirement*
*Account*

4842-3532-3168.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November, 2014, a true and correct copy of the above and foregoing document was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing which gives automatic notice to any counsel registered with the Court for this particular case and that a copy was mailed via U.S. Mail and emailed to all *Pro Se* Defendants and counsel not registered with the Court.

Stephen B. Niswanger
Centre Place Building
212 Center Street, 11th Floor
Little Rock, AR 72201
steve@niswangerlawfirm.com

Jeremy T. Brown
1909 Woodall Rodgers, Ste. 500
Dallas, TX 75201
jbrown@milbyfirm.com

Erik P. Danielson
Danielson Law Firm, PLLC
2195 N. College Ave.
Fayetteville, AR 72703
erik.danielson@danielsonlawfirm.com

Tex Wooters, *Pro Se*
2537 Vellano Ln
Edmond, OK 75234C

Donald Hernon, *Pro Se*
33 Murphy's Way
Lyman, ME 04002

Suresh Reddy, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75081

David Tayce, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75080

                              */s/  Ashley Welch Hudson*