IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALICE L. GEORGE, et. al.                                                                 PLAINTIFFS

v.                                        NO. 3:13-CV-03058-PKH

ALBERT M. DAVIS, et. al.                                                                 DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT AGAINST SEPARATE DEFENDANT KDL MEDICAL, INC.

Comes now the Plaintiffs, Alice L. George, Individually and as Trustee For The Burton O. George Revocable Trust and First National Bank Of North Arkansas, Custodian of the Alice George Individual Retirement Account f/k/a the Burton O. George Individual Retirement Account, by and through their attorneys, Kutak Rock, LLP, and for their Motion for Default Judgment against Separate Defendant KDL Medical, Inc. ("KDL"), pursuant to Rule 55(b)(2)(A)(B)(C)(D) of the Federal Rules of Civil Procedure, states:

1.        On July 29, 2014, Plaintiffs filed their Second Amended Complaint and Demand for Jury Trial [Dkt. 101] against KDL and the other defendants herein for Fraud/Constructive Fraud and Intentional Misrepresentation by Mr. Davis and Chase Entities, Conversion, Breach of Contract as to the Bonds and Notes Only, Unjust Enrichment, Breach of Fiduciary Duties, Piercing the Corporate Veil, Civil Conspiracy, Civil RICO, Violation of the Arkansas Deceptive Trade Practices Act – All Defendants, Fraudulent Transfers, and for a Temporary Restraining Order/Constructive Trust.  Plaintiffs' Second Amended Complaint seeks judgment against all Defendants, the issuance of a temporary restraining order and preliminary injunction against Defendants requiring that all monies due to Plaintiffs be held in trust, and prohibiting them from removing, transferring, concealing, or disposing of any such monies; an award of reasonable

costs and attorneys' fees; and such further and additional relief as the Court may deem just and equitable.

2. On October 17, 2014, Plaintiffs effectuated service upon KDL by serving the Summons and Complaint on its registered agent, who is designated by law to accept service of process on behalf of KDL pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. A Proof of Service [Dkt. 128] was filed herein on October 21, 2014.

3. KDL is neither a minor nor an incompetent person.

4. KDL has failed to file an answer or otherwise appear and defend this action within twenty-one (21) days of service as required by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure. KDL did file a motion to dismiss [Dkt. 142-1], but did so on November 24, 2014, eighteen (18) days after the time to answer or otherwise plead had expired. To date, KDL has failed to file an answer.

5. Therefore, pursuant to Rule 55(b)(2)(A)(B)(C)(D) of the Federal Rules of Civil Procedure, Plaintiffs are entitled to a default judgment and a hearing to conduct an accounting; determine the amount of damages; establish the truth of any allegation by evidence; or investigate any other matter.

6. A brief in support is being filed herewith and incorporated herein as if set forth word for word.

WHEREFORE, Plaintiffs Alice L. George, Individually and as Trustee For The Burton O. George Revocable Trust and First National Bank Of North Arkansas, Custodian of the Alice George Individual Retirement Account f/k/a the Burton O. George Individual Retirement Account pray for the entry of a default judgment against Separate Defendant KDL Medical, Inc. in the amount of $1,469,750.00, or actual damages in an amount to be determined at trial, the

issuance of a temporary restraining order and preliminary injunction against Defendants requiring that all monies due to Plaintiffs be held in trust, and prohibiting them from removing, transferring, concealing, or disposing of any such monies; an award of reasonable costs and attorneys' fees; a hearing to conduct an accounting, determine the amount of damages, establish the truth of any allegation by evidence, or investigate any other matter; and such further and additional relief as the Court may deem just and equitable, and for any and all other relief to which Plaintiffs are entitled whether specifically prayed for herein or not.

Dated this 10th day of December, 2013.

                        **KUTAK ROCK LLP**

                        Respectfully submitted,

BY:     ___/s/Ashley Welch Hudson_____
           RUSSELL ATCHLEY, Esq.  (AR 82077)
           **KUTAK ROCK LLP**
           234 East Milsap Road, Suite 400
           Fayetteville, Arkansas 72703
           (479) 973-4200 Telephone
           (479) 973-0007 Fax
           russell.atchley@kutak.rock.com

           and

           ASHLEY HUDSON, Esq.  (AR 07136)
           **KUTAK ROCK LLP**
           124 West Capitol Avenue, Suite 2000
           Little Rock, Arkansas  72201
           (501) 975-3000 Telephone
           (501) 975-3001 Facsimile
           ashley.hudson@kutakrock.com

           *Attorneys for Plaintiffs*
           *Alice L. George, Individually*
           *and as Trustee For The*
           *Burton O. George Revocable Trust; And*
           *First National Bank Of North Arkansas, Custodian*
           *of The Alice George Individual Retirement Account*
           *f/k/a The Burton O. George Individual Retirement*
           *Account*

4811-7087-4656.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2014, a true and correct copy of the above and foregoing document was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing which gives automatic notice to any counsel registered with the Court for this particular case and that a copy was mailed via U.S. Mail and emailed to all *Pro Se* Defendants and counsel not registered with the Court.

Stephen B. Niswanger
Centre Place Building
212 Center Street, 11th Floor
Little Rock, AR 72201
steve@niswangerlawfirm.com

Jeremy T. Brown
1909 Woodall Rodgers, Ste. 500
Dallas, TX 75201
jbrown@milbyfirm.com

Erik P. Danielson
Danielson Law Firm, PLLC
2195 N. College Ave.
Fayetteville, AR 72703
erik.danielson@danielsonlawfirm.com

Tex Wooters, *Pro Se*
2537 Vellano Ln
Edmond, OK 75234C

David Hernon, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75080

Suresh Reddy, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75081

David Tayce, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75080

Jason H. Wales
Amy C. Martin
Everett, Wales & Comstock
P.O. Box 8370
Fayetteville, AR 72703

*/s/ Ashley Welch Hudson*
Ashley Welch Hudson

4814-4121-0656.1