IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALICE L. GEORGE, et. al.                                    PLAINTIFFS

v.                        NO. 3:13-CV-03058-PKH

ALBERT M. DAVIS, et. al.                                    DEFENDANTS

### BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST SEPARATE DEFENDANT KDL MEDICAL, INC.

Plaintiffs, Alice L. George, Individually and as Trustee For the Burton O. George Revocable Trust and First National Bank of North Arkansas, Custodian of the Alice George Individual Retirement Account f/k/a the Burton O. George Individual Retirement Account, by and through their attorneys, Kutak Rock, LLP, submits this brief in support of their Motion for Default Judgment pursuant to Rule 55(b)(2)(A)(B)(C)(D) of the Federal Rules of Civil Procedure against Separate Defendant KDL Medical, Inc. ("KDL").

On July 29, 2014, Plaintiffs filed their Second Amended Complaint and Demand for Jury Trial [Dkt. 101] against KDL and the other defendants herein for Fraud/Constructive Fraud and Intentional Misrepresentation by Mr. Davis and Chase Entities, Conversion, Breach of Contract as to the Bonds and Notes Only, Unjust Enrichment, Breach of Fiduciary Duties, Piercing the Corporate Veil, Civil Conspiracy, Civil RICO, Violation of the Arkansas Deceptive Trade Practices Act – All Defendants, Fraudulent Transfers, and for a Temporary Restraining Order/Constructive Trust.  Plaintiffs' Second Amended Complaint seeks judgment against all Defendants, the issuance of a temporary restraining order and preliminary injunction against Defendants requiring that all monies due to Plaintiffs be held in trust, and prohibiting them from removing, transferring, concealing, or disposing of any such monies; an award of reasonable

1

costs and attorneys' fees; and such further and additional relief as the Court may deem just and equitable.

> **Rule 55** governs default judgments and provides in pertinent part as follows:
>
> **(b) Entering a Default Judgment.**
>
> **(2) By the Court.** In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals – preserving any federal statutory right to a jury trial – when, to enter or effectuate judgment, it needs to:
>
> **(A)** conduct an accounting;
>
> **(B)** determine the amount of damages;
>
> **(C)** establish the truth of any allegation by evidence; or
>
> **(D)** investigate any other matter.

KDL was served with the summons and second amended complaint on October 17, 2014. KDL's Answer was due to the Court by Thursday, August 28, 2014. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) its answer was due November 6, 2014, or within twenty-one (21) days of service. On November 24, 2014, eighteen (18) days after its answer was due, KDL filed a motion to dismiss, but failed to request leave to do so from this Court, even though Rule 6(b)(1)(B) requires a late-filing party do so prior to filing. To date, KDL has failed to file an answer. Even if it were to file an answer now with the Court, it is almost a month late. KDL never requested an extension, either from Plaintiffs or from this Court. KDL is also neither a minor or incompetent person. Therefore, pursuant to Rule 55(b)(2)(A)(B)(C)(D) of the Federal Rules of

Civil Procedure, Plaintiffs are entitled to a default judgment against KDL and a hearing to conduct an accounting; determine the amount of damages; establish the truth of any allegation by evidence; or investigate any other matter.

WHEREFORE, Plaintiffs Alice L. George, Individually and as Trustee For The Burton O. George Revocable Trust and First National Bank Of North Arkansas, Custodian of the Alice George Individual Retirement Account f/k/a the Burton O. George Individual Retirement Account pray for the entry of a default judgment against Separate Defendant KDL Medical, Inc. for actual damages in an amount to be determined by the Court, the issuance of a temporary restraining order and preliminary injunction against Defendants requiring that all monies due to Plaintiffs be held in trust, and prohibiting them from removing, transferring, concealing, or disposing of any such monies; an award of reasonable costs and attorneys' fees; a hearing to conduct an accounting, determine the amount of damages, establish the truth of any allegation by evidence, or investigate any other matter; and such further and additional relief as the Court may deem just and equitable, and for any and all other relief to which Plaintiffs are entitled whether specifically prayed for herein or not.

Dated this 10th day of December, 2014.

                                  **KUTAK ROCK LLP**

                                  Respectfully submitted,

BY:     */s/ Ashley Welch Hudson*
           ASHLEY HUDSON, Esq.  (AR 2007136)
           **KUTAK ROCK LLP**
           124 West Capitol Avenue, Suite 2000
           Little Rock, Arkansas  72201
           (501) 975-3000 Telephone
           (501) 975-3001 Facsimile
           ashley.hudson@kutakrock.com

           and

           RUSSELL ATCHLEY, Esq.  (AR 82077)
           KYLE T. UNSER, Esq. (AR 2007133)
           **KUTAK ROCK LLP**
           234 East Milsap Road, Suite 400
           Fayetteville, Arkansas 72703
           (479) 973-4200 Telephone
           (479) 973-0007 Fax
           russell.atchley@kutak.rock.com
           kyle.unser@kutakrock.com

           *Attorneys for Plaintiffs*
           *Alice L. George, Individually*
           *and as Trustee For The*
           *Burton O. George Revocable Trust; And*
           *First National Bank Of North Arkansas, Custodian*
           *of The Alice George Individual Retirement Account*
           *f/k/a The Burton O. George Individual Retirement*
           *Account*

4811-7087-4656.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2014, a true and correct copy of the above and foregoing document was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing which gives automatic notice to any counsel registered with the Court for this particular case and that a copy was mailed via U.S. Mail and emailed to all *Pro Se* Defendants and counsel not registered with the Court.

Stephen B. Niswanger
Centre Place Building
212 Center Street, 11th Floor
Little Rock, AR 72201
steve@niswangerlawfirm.com

Jeremy T. Brown
1909 Woodall Rodgers, Ste. 500
Dallas, TX 75201
jbrown@milbyfirm.com

Erik P. Danielson
Danielson Law Firm, PLLC
2195 N. College Ave.
Fayetteville, AR 72703
erik.danielson@danielsonlawfirm.com

Tex Wooters, *Pro Se*
2537 Vellano Ln
Edmond, OK 75234C

David Hernon, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75080

Suresh Reddy, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75081

David Tayce, *Pro Se*
885 E. Collins Blvd.
Suite 110
Richardson, TX 75080

Jason H. Wales
Amy C. Martin
Everett, Wales & Comstock
P.O. Box 8370
Fayetteville, AR 72703

/s/ Ashley Welch Hudson_____